IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(Electronically Filed)

| | |
|---|---|
| SANDRA DITTMAR | ) |
| | ) Civil Action No. 05-0181 |
| Plaintiff, | ) |
| | ) Chief Judge Donetta W. Ambrose |
| v. | ) Magistrate Judge Ila Jeanne Sensenich |
| | ) |
| ALLEGHENY GENERAL HOSPITAL | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs. *This case is Closed forthwith.*

Date: 12/12/05

Donetta W. Ambrose, Judge